```
     ___/___ FILED        _____ RECEIVED
     _____ ENTERED      _____ SERVED ON
                          COUNSEL/PARTIES OF RECORD

              MAR 1 8 2011

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
     BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN LANDS PROJECT and NEVADA OUTDOOR RECREATION ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, COYOTE SPRINGS INVESTMENT LLC, and PARDEE HOMES OF NEVADA,<br><br>Defendants. | Case No. 3:06-cv-00475-RCJ-VPC<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AS BETWEEN PLAINTIFFS AND NON-FEDERAL DEFENDANTS AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiffs WESTERN LANDS PROJECT and NEVADA OUTDOOR RECREATION ASSOCIATION ("Plaintiffs") and Defendants COYOTE SPRINGS INVESTMENT LLC, and PARDEE HOMES OF NEVADA ("Non-Federal Defendants"), through their respective counsel of record, that the above-entitled action be dismissed with prejudice as among the Plaintiffs and Non-Federal Defendants pursuant to their Settlement Agreement, previously filed under seal in this matter.

IT IS STIPULATED that this Court shall retain jurisdiction, as to the Plaintiffs and Non-Federal Defendants only, to enforce their Settlement Agreement and resolve any disputes that arise among them concerning their Settlement Agreement

IT IS FURTHER STIPULATED that the Plaintiffs and Non-Federal Defendants

shall pay costs and attorney fees consistent with the terms of their Settlement Agreement.

| LEWIS AND ROCA LLP | MCDONALD CARANO WILSON LLP |
|---|---|
| By: /s/ E. Leif Reid<br>E. LEIF REID, ESQ<br>50 West Liberty Street, Suite 410<br>Reno, Nevada 89501<br>*Counsel for* Defendant Coyote<br>Springs Investments LLC | By: /s/ Debbie Leonard<br>PAT LUNDVALL, ESQ.<br>DEBBIE LEONARD, ESQ.<br>100 W. Liberty St., 10th Floor<br>P.O. Box 2670<br>Reno, NV 89505<br>*Counsel for* Defendant Pardee Homes of Nevada |
| Dated: February 18, 2011 | Dated: February 18, 2011 |

By: /s/ Christopher J. Krupp
CHRISTOPHER J. KRUPP, ESQ.
1314 NE 43rd St.
Seattle, WA 98105
*Counsel for* Plaintiffs WESTERN LANDS PROJECT *and* NEVADA OUTDOOR RECREATION ASSOCIATION

Dated: February 18, 2011

## ORDER

This Court, having considered the Settlement Agreement and Stipulation To Dismiss With Prejudice As Between Plaintiffs And Non-Federal Defendants ("Stipulation"), and the separate Stipulation To Dismiss With Prejudice As Between Plaintiffs and Federal Defendant, and good cause showing:

IT IS HEREBY ORDERED that this case is dismissed with prejudice as to the Plaintiffs and Non-Federal Defendants consistent with their Settlement Agreement and Stipulation.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction as to the

Plaintiffs and Non-Federal Defendants only to hear and resolve any disputes that arise out of their Settlement Agreement, if any arise, consistent with their Stipulation.

Dated this 18th day of March, 2011.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:


/s/ Christopher J. Krupp
CHRISTOPER J. KRUPP, ESQ.
1314 NE 43rd St., Suite 202
Seattle, WA 98105
(206) 325-3503 (phone)

*Counsel for* Plaintiffs Western Lands Project *and* Nevada Outdoor Recreation Association

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I electronically filed the STIPULATION TO DISMISS WITH PREJUDICE AS BETWEEN PLAINTIFFS AND NON-FEDERAL DEFENDANTS AND [PROPOSED] ORDER with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Gregory W. Addington     greg.addington@usdoj.gov

Thomas K. Snodgrass      thomas.snodgrass@usdoj.gov

E. Leif Reid   lreid@lrlaw.com

Jasmine K. Mehta  jmehta@lrlaw.com

S. Paul Edwards     pedwards@lrlaw.com

Patricia Lundvall     lundvall@mcdonaldcarano.com


/s/ Christopher J. Krupp
CHRISTOPHER J. KRUPP, ESQ.